UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

THE GUARDIAN LIFE INSURANCE  
COMPANY OF AMERICA  
    Plaintiff,

v.

JANET F. SMITH, et al.,  
    Defendants

Case No. 1:12cv235  
Litkovitz, M.J. - **Consent Case**

**ORDER**

The Court, having been advised that after continued settlement negotiations that the parties have reached a settlement in the above-styled case.

It is ORDERED that this action is hereby DISMISSED with prejudice. It is provided that any of the parties may, upon good cause shown within sixty (60) days from the date of this Order reopen the action if settlement is not consummated.

The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

Date  3/10/14

Karen L. Litkovitz  
United States Magistrate Judge